**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JESSICA DIERDRA HERNANDEZ | ) | BANKRUPTCY CASE NUMBER 09-12189 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Merchants Retail Credit Assn. or<br>Med & Dent Bus Bur of Allen Co<br>333 East Washington Boulevard<br>Post Office Box 11285<br>Fort Wayne, Indiana   46857 | $ 1.30 |
| CLAIM # 7 | Jessica Hernandez<br>c/o Creditors Service of Indiana, Inc.<br>10 Coronado Road<br>Indianapolis, Indiana   46234 | $ 1.44 |
| CLAIM # 8 | Indiana Medical Lab<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 1.80 |
| | **TOTAL:** | **$ 4.54** |

Respectfully submitted,

      /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven